Marie Arnold
10367 Perfect Parsley
Las Vegas, NV 89183
725-202-1325
In Pro Per

UNITED STATES OF DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

**MARIE ARNOLD,**

        Plaintiff,

vs.

**METLIFE AUTO & HOME INSURANCE AGENCY INC, METLIFE GROUP, INC; BRIGHTHOUSE LIFE INSURANCE COMPANY**

        Defendant,

CASE NO: C 19 03920

**FIRST AMENEDED COMPLAINT COURT'S LEAVE TO AMEND**

Dear Court or Clerk,

Plaintiff Marie Arnold pursuant Federal Rule **15** Amended and Supplemental Pleadings. **(a)** Amendments before trial **(1)** amending as matter of Course. A party may amend its pleading once as matter of course within: **(A)** 21 days after serving it, or **(B)** if the pleading is one to which a responsive pleading is required, 21 days after service of responsive pleading or 21 days after service of motion under Rule 12**(b) (e) (f)** which is earlier. Or **(2) Other Amendments** in all other case, a party may amend it's pleading only with the **opposing party's written Consent** Defendant consented amended complaint **(EXHIBIT A)** or the <u>**Court's leave**</u>. The Court should freely give leave when justice so required.

Plaintiff was advised to amend and included another Defendant's company's name to be served. Which is very substantial to Plaintiff's claim. Defendant has not responded to the complaint, even with stipulation agreement to extend. Plaintiff requesting the Court's leave to amend Plaintiff's compliant including a company's name and amending a claim of relief.

Date Sept.8 ,2019　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　　　　　*Marie Arnold* (signature)
　　　　　　　　　　　　　　　　　　　　　　　　　　　Marie Arnold, Plaintiff
　　　　　　　　　　　　　　　　　　　　　　　　　　　Pro Se

EXHIBIT A

# Amending complaint against MetLife

**Judy Lam <JLam@maynardcooper.com>**
Fri 9/6/2019 12:26 PM
**To:** marie arnold <mariearnold1906@outlook.com>
**Cc:** Brannon Parker <Brannon.Parker@maynardcooper.com>

Hello Marie, we have been researching the items you raised with us but we need more time to check with the group that administers the group policies with your former employer – that is handled separately from the individual policies.

We've also asked MetLife to confirm for sure that your personal data was not compromised in the data breach you found on the government website – which affected other customers.

As for your individual policy, we have confirmed that your individual policy was issued by Brighthouse Life Insurance Company.
We are puzzled because the party named in the complaint did not issue a policy to you and we believe did not communicate with you. We believe that party should be dismissed.

Would you be willing to amend your Complaint to name the correct party and to clarify your claims ? We want to understand exactly who you believe breached your privacy and what negligence or misrepresentation you are claiming to have occurred. Alternatively, would you extend the response deadline another 2 weeks while we continue to gather information and share it with you to figure out what happened? At a minimum, the court order requires us to talk to meet and confer regarding the initial disclosures required by the court, which are due on Sept 17.

While we could file a motion to seek a more definite statement in the complaint, it would save everyone time and expense if you will agree to amend, including naming the correct party, so the correct company can respond to that amended Complaint, and the incorrect party does not need to spend legal fees to get dismissed from the case. Or we can make progress by meeting and conferring if you'll extend the deadline one more time. Please let us know by today if possible.
Thanks,
Judy


**Confidentiality Notice** - The information contained in this e-mail and any attachments to it is intended only for the named recipient and may be legally privileged and include confidential information. If you are not the intended recipient, be aware that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify the sender immediately of that fact by return e-mail and permanently delete the e-mail and any attachments to it. Thank you.

# CERTIFICATE OF SERVICE

**MARIE ARNOLD vs. METLIFE AUTO & HOME INSURANCE AGENCY INC, METLIFE GROUP, INC; BRIGHTHOUSE LIFE INSURANCE COMPANY Case No: c 19 03920**

I am a citizen of United States and unemployed within the Clark County aforesaid: I am over the age of eighteen years and is party to the action. My address is 10367 Perfect Parsley St. Las Vegas, NV 89183.

On the date mentioned below, I will served the following documents(s):

* **First Amended Complaint Court's Leave to Amend**

* **Proposed Order**

**Maynard Cooper & Gale**
**Judy M Lam**
**1901 Avenue of the stars suite 1900**
**Los Angeles, CA 90067**

(**X**) By Mail- by placing a true copy therefore enclosed in an envelope addressed as set forth above.

( ) BY FAX

( ) By overnight Delivery/ FEDEX

I declare under penalty of perjury under the law of State of Nevada that foregoing is true and correct. Executed on Sept.8,2019 at Las Vegas, Nevada.

*Marie Arnold*
Marie Arnold